**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 30, 2015

Hon. A. Cliff Gordon
Assistant District Attorney, Nueces County
901 Leopard Street, Room 206
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Scott M. Ellison
Law Offices Of Scott M. Ellison
410 Peoples Street
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Mark Skurka
District Attorney
901 Leopard Street, Room 205
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00061-CR
Tr.Ct.No. 13-CR-1257-A
Style:    The State of Texas v. David Alvarez

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.
cc:   28th District Court (DELIVERED VIA E-MAIL)
Hon. Anne Lorentzen, Nueces County District Clerk (DELIVERED VIA E-MAIL)
Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
(DELIVERED VIA E-MAIL)